UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ANTHONY BROOKS,

        Plaintiff(s),

   v.

CHARLES EDWARD BROOKS,

        Defendant(s).

       No. C-14-03838 DMR

       **ORDER TO SUBMIT NON-PRISONER IFP APPLICATION**

On August 25, 2014, pro se Plaintiff Charles A. Brooks filed a complaint against Charles Edward Brooks, along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] However, he submitted a Prisoner's IFP application, even though he is not presently incarcerated. Therefore, Plaintiff is directed to complete the enclosed non-Prisoner IFP application in its entirety and to file it by no later than **September 24, 2014.** In addition, the court notes that in the Prisoner IFP application, Plaintiff indicated that he is married but he did not provide any of the requested information about his spouse. Therefore, Plaintiff is directed to submit a complete IFP application and to provide a complete response to question 3.

IT IS SO ORDERED.

Dated: September 10, 2014



_____
DONNA M. RYU
United States Magistrate Judge