United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. C-14-03838 DMR |
| Plaintiff(s), | **ORDER ON MOTION REGARDING LOTTERY TICKETS [DOCKET NO. 8]** |
| v. | |
| CHARLES EDWARD BROOKS, | |
| Defendant(s). | |
| _____/ | |

On August 25, 2014, *pro se* Plaintiff Charles A. Brooks filed a complaint against Charles Edward Brooks, along with a prisoner's application to proceed *in forma pauperis* ("IFP"). On October 8, 2014, in response to a court order regarding his IFP application, Plaintiff filed a letter regarding lottery tickets. [Docket No. 4.] The court issued a second order regarding his IFP application on October 15, 2014, to which Plaintiff responded by filing a letter in which he appeared to seek the court's assistance in obtaining lottery tickets he mailed to an address in Washington, D.C. [Docket No. 6.] On November 4, 2014, the court dismissed this action for failure to prosecute. In the order, the court indicated that the issue with the lottery tickets appeared to have nothing to do with the claims raised in his complaint, and noted that there was no legal authority supporting his request. Accordingly, the court was unable to take any action in response.

On December 17, 2014, Plaintiff filed a document titled "Motion to the Judge" in which he again requests assistance to obtain lottery tickets. [Docket No. 8.] As with his previous requests,

the court notes that there is no legal authority supporting Plaintiff's request. Moreover, the lottery tickets do not appear to have anything to do with the claims raised in Plaintiff's complaint, which has already been dismissed. Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: December 22, 2014



DONNA M. RYU
United States Magistrate Judge

2