UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWARDS BROOKS,<br><br>Defendant. | Case No. 14-cv-03838-DMR<br><br>**ORDER RE PLAINTIFF'S SUBMISSIONS** |

On November 4, 2014, the court dismissed this action for failure to prosecute. [Docket No. 7.] Following the dismissal, Plaintiff filed a "Motion to the Judge" in which he requested assistance to obtain lottery tickets. [Docket No. 8.] On December 17, 2014, the court issued an order denying Plaintiff's motion , noting that there was no authority to support his request and the subject matter of the motion did not appear to have anything to do with the claims raised in Plaintiff's dismissed complaint. [Docket No. 9.] Plaintiff has continued to file submissions related to the lottery tickets issue, and recently filed a letter indicating that he is presently incarcerated and asking the court to keep him informed of the status of his case. [*See* Docket Nos. 10, 11, 12, 13.]

Plaintiff's complaint has been dismissed. As the case is now closed, the court will not respond to further submissions filed under this case number. If Plaintiff wishes to pursue new claims related to his lottery tickets or any other subject he is free to file a new complaint.

**IT IS SO ORDERED.**

Dated: March 12, 2015

Donna M. Ryu
United States Magistrate Judge